```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
:
LOTHAR SCHMIDT,
:
          Plaintiff,          08 Civ. 9011 (WHP)
:
          -against-          ORDER
:
LE BONHEUR GROUP SARL,
:
          Defendant.
:
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: July 22, 2009
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*